THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Respondent, v. FRANK WILDY and Others, Constituting the Town Board and Board of Highway Superintendents of the Town of Cheektowaga, County of Erie and State of New York, Appellants.— Order affirmed, with costs. All concur.

ALTA BEEBE BEARDSLEE, Appellant, v. SARAH C. BEEBE and Another, Respondents, Impleaded with Another.— Judgment affirmed, with costs. All concur, except Lambert and Clark, JJ., who dissent.

KATHARINE C. HILTON, Respondent, v. ALBERT B. HILTON and Others, Defendants, Impleaded with CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee, etc., Appellant.— Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALICE W. BURRELL, Appellant.— Judgment of conviction reversed and new trial granted. Held, that the defendant's guilt has not been established by credible evidence, and that the verdict is against the weight of the evidence. All concur.

In the Matter of the Final Accounting of ALICE H. GARDNER, as Ancillary Executrix, etc., of SARAH A. WILDER, Deceased, Respondent. CLARA JOHNSTON and Others, Appellants.— Decree affirmed, with costs. All concur.

JOHN BEBACK, Appellant, Respondent, v. STEPHEN V. R. SPAULDING and Another, Appellants, and INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order in favor of plaintiff affirmed, with costs against the defendants Spaulding. Judgment and order in favor of International Railway Company affirmed, with costs against plaintiff. All concur.

HENRY SCANLON, Respondent, v. HENRY P. BURGARD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ABRAM F. BURKE, Appellant, v. THE STATE OF NEW YORK, Respondent. — Judgment affirmed, with costs. All concur.

GEORGE AUSTIN, Respondent, v. ROCHESTER FOLDING BOX COMPANY, INC., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the admission of evidence offered by the plaintiff, concerning the condition of his family was reversible error, which was not cured by striking out the evidence in the absence of the jury. (*Purcell* v. *Duncan Co.*, 107 App. Div. 501.) All concur, except Kruse, P. J., who dissents and votes for affirmance.

FRANK BILBY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur.

SARAH SHORT, Respondent, v. NORWOOD GARAGE, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Probate of the Last Will and Testament of HIRAM R. CONVERSE, Deceased.— Appeal dismissed, without costs, upon stipulation filed.